# Morgan Lewis

**Gina F. McGuire**
+1.212.309.6199
gina.mcguire@morganlewis.com

*Application GRANTED.  Moreover, the June 7, 2023 pretrial conference is hereby ADJOURNED to **August 2, 2023**, at **9:00 a.m.**  The parties should not expect any further extensions going forward.  The Clerk of Court is directed to terminate ECF No. 24.  SO ORDERED.*

*May 23, 2023*

May 23, 2023

<u>VIA ECF</u>

Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: <u>Baptiste v. The Bank of New York Mellon, et al., Case No. 1:22-cv-08045</u>

Dear Judge Furman:

We represent Defendants The Bank of New York Mellon and Brian Mauney in the above-referenced matter and write jointly with Plaintiff to request an amendment to the current discovery schedule as set forth below.  This is the parties' first request for an extension of discovery.  To date, the parties have been working cooperatively together to complete document productions, including from third parties, and to schedule depositions.  In light of the remaining document production and depositions to be completed as well as contemplated expert discovery, the parties respectfully request the Court enter the following schedule:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Fact Discovery (ECF 22, ¶ 8(b)) | May 26, 2023 | July 25, 2023 |
| Settlement Discussion Between Parties (¶ 12) | 14 days following the close of fact discovery | 14 days following the close of fact discovery |
| Expert discovery (¶ 8(d)) | July 10, 2023 | September 11, 2023 |
| Summary Judgment Motions (¶ 13) | 30 days from the close of expert discovery (July 10, 2023) | 30 days from the close of expert discovery (September 11, 2023) |
| Joint Pretrial Order (¶14) | 30 days from MSJ decision | 30 days from MSJ decision |

The Parties have also conferred regarding interim expert discovery deadlines as contemplated by Your Honor's Order. Thank you for your consideration, and the parties are available to answer any questions.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001

Respectfully Submitted,

| | |
|---|---|
| _/s/ Gina F. McGuire_ | _/s/ Laura E. Bellini_ |
| Gina F. McGuire | Laura E. Bellini |
| Morgan, Lewis & Bockius LLP | Phillips & Associates, PLLC |
| 101 Park Ave. | 45 Broadway, Suite 430 |
| New York, NY 10178-0060 | New York, NY 10006 |
| Tel: 212.309.6000 | Tel: 212.248.7431 |
| Fax: 212.309.6001 | Fax: 212.901.2107 |

cc:     _Counsel of record_ (via ECF)


~~SO ORDERED:~~

~~_____~~
~~Jesse M. Furman~~
~~United States District Judge~~

~~DATED: _____~~