```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------------

| | |
|---|---|
| RONNIE BAPTISTE,<br><br>                 Plaintiff,<br><br>    -against-<br><br>THE BANK OF NEW YORK MELLON,<br>BNY MELLON CENTER,<br><br>                Defendant. | 22-CV-8045 (JMF) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    On September 11, 2023, at the conclusion of a judicially-supervised settlement conference, the parties placed the material terms of their settlement on the record. One of those terms was a confidentiality provision.

    Since then, the parties have been unable to formalize their settlement in a document that both sides are willing to sign. On November 21, 2023, defendant Bank of New York Mellon advised the Court by email that it wishes to place the September 11 transcript on the docket, in anticipation of moving to enforce the settlement. In light of the confidentiality provision, the Court reiterates that **defendant must file the transcript under seal**, at the "applicable parties" level, such that it is visible to the parties and to Court personnel but not to the public. In the event the District Judge later determines that the transcript should be available to the public, it may be unsealed at that time.

Dated: New York, New York
       November 22, 2023                          **SO ORDERED**.

                                                          _____
                                                          **BARBARA MOSES**
                                                          **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023